# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2023-0556

———————————————

PAUL DOUGLAS WAGGONER,

   Appellant,

v.

ELIZABETH K. IRETON,

   Appellee.

———————————————

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.


January 19, 2024

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Daniel W. Uhlfelder of Daniel W. Uhlfelder, P.A., Santa Rosa Beach, for Appellant.

Clay B. Adkinson of Adkinson Law Firm, LLC, DeFuniak Springs, for Appellee.